UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERALD PLUVIOSE,

    Plaintiff,

v.                                           Case No.:  2:22-cv-668-JLB-KCD

PHH MORTGAGE
CORPORATION,

    Defendant.
_____/

## ORDER

Plaintiff moves for default against Defendant for failing to respond to the Complaint. (Doc. 18.) But because Defendant has appeared and moved to dismiss the Complaint (Doc. 14), Plaintiff's Motion (Doc. 18) is **DENIED**.

**ORDERED** in Fort Myers, Florida this February 23, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record