UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERALD PLUVIOSE,

    Plaintiff,

v.                                      Case No.:   2:22-cv-668-JLB-KCD

PHH MORTGAGE
CORPORATION,

    Defendant.
                             /

## **ORDER**

This matter was set for a preliminary pretrial conference ("PPTC") on April 3, 2023. Despite being given notice, Plaintiff failed to appear. Thus, the Court directed Plaintiff to show cause why he did not appear. Plaintiff responded that he has been having medical issues. (Doc. 25.)

The Court will reset the PPTC, but also notes that Plaintiff has thus far evidenced a lack of interest in prosecuting this case: (1) Plaintiff has not filed a disclosure statement; (2) Defendant filed a unilateral case management report, noting that it attempted to contact Plaintiff multiple times to discuss the schedule but received no response (Doc. 21 at 1); (3) Plaintiff failed to appear for the PPTC, as noted above; and (4) Plaintiff has not shown good cause for missing the PPTC. The medical records submitted (Doc. 25-1) do not evidence that Plaintiff had an appointment that conflicted with the hearing, or

that he otherwise had a medical emergency. Even considering Plaintiff's medical issues, that does not explain why he could not contact the Court before the hearing to request a continuance.

**Plaintiff is warned that failure to appear at the reset PPTC will result in a recommendation that this case be dismissed without prejudice for failure to prosecute**.

Accordingly, it is now **ORDERED**:

The Clerk is directed to **reset** this case for a preliminary pretrial conference on **April 24, 2023, at 2:00 p.m.** in Courtroom 4E at the United States Courthouse and Federal Building, 2110 First Street, Fort Myers, FL 33901. **Plaintiff must appear in-person, but defense counsel may appear telephonically**. The toll-free teleconference number is 1-888-684-8852. The access code is 1982804. The participant security code is 22668.

**ORDERED** in Fort Myers, Florida this April 17, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record