UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GERALD PLUVIOSE,

    Plaintiff,

v.                              Case No.:  2:22-cv-668-JLB-KCD

PHH MORTGAGE
CORPORATION,

    Defendant.
_____/

## ORDER

This matter was previously before the Court for a preliminary pretrial conference. (Doc. 31.) During that hearing, the parties were directed to choose a mediator and file a notice with the Court identifying their selection. (*Id.*)

The parties apparently conferred on several occasions but were unable to reach a consensus. During their last exchange, Plaintiff requested that the Court "appoint someone for this." (Doc. 35-1.) Defendant now moves for that relief, asking "for entry of an order appointing Frank Bedell, Esq. as the designated mediator in this action." (Doc. 35.)

Attorney Bedell is a certified mediator in this district and otherwise appears suitable for the appointment. Accordingly, it is now ORDERED:

    1.    Defendant's Motion to Appoint Mediator (Doc. 35) is **GRANTED**.

    2.    Attorney Bedell is appointed as the mediator for this matter.

3. Given Plaintiff's indigent status, the mediation will be conducted pro bono under Local Rule 4.02(e).

4. Defendant is directed to send a copy of this order to Attorney Bedell and notify him of the appointment.

5. Defendant is also directed to coordinate the mediation date and time with Plaintiff and Attorney Bedell.

**ENTERED** in Fort Myers, Florida on May 25, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record